# Court of Appeals
# of the State of Georgia

ATLANTA,___March 17, 2014___

*The Court of Appeals hereby passes the following order:*

**A14A1142. SHEILA A. MIZE v. GEORGIA DEPARTMENT OF LABOR et al.**

Sheila Mize appealed directly to this Court from a superior court order affirming a decision of the Georgia Department of Labor denying her request for unemployment compensation benefits. Under OCGA § 5-6-35 (a) (1), however, a party seeking to appeal a superior court decision reviewing a state agency ruling must follow the discretionary appeal procedure. See *Dunlap v. City of Atlanta*, 272 Ga. 523, 524 (531 SE2d 702) (2000). Because Mize failed to follow the required procedure, this Court lacks jurisdiction over this appeal, which is therefore *DISMISSED*.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*_03/17/2014___
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*